# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**RICHARD GALLEGOS**                                      **CIVIL ACTION**

**VERSUS**                                                **NO. 07-3137**

**STATE OF LOUISIANA,**                                   **SECTION "M" (6)**
**JACK STRAIN, SHERIFF**

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of RICHARD GALLEGOS for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 24th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD GALLEGOS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-3137** |
| **STATE OF LOUISIANA, JACK STRAIN, SHERIFF** | **SECTION "M" (6)** |

### J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the Defendant, State of Louisiana, Jack Strain, Sheriff, and against petitioner, Richard Gallegos, dismissing without prejudice his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**